## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Raffi P. Deravakian, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Firstsource Advantage, LLC <br><br> Defendant. | Civil Action No.:1:22-cv-23428 |

### FIRSTSOURCE ADVANTAGE, LLC'S NOTICE OF REMOVAL

Defendant Firstsource Advantage, LLC ("Defendant") hereby removes the action described below from the Circuit Court of the 11th Judicial Circuit, County of Miami-Dade Florida (the "State Court") pursuant to Sections 1331, 1441(c), and 1446 of Title 28 of the United States Code ("U.S.C."). As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. In support of this Notice of Removal, Defendant states as follows:

**I.  THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTIONS 1331 AND 1441**

On or about September 19, 2022, Plaintiff Raffi P. Deravakian ("Plaintiff") filed a putative class action Complaint in the State Court, entitled *Raffi P. Deravakian v. Firstsource Advantage, LLC*, Case No. 2022-012357-CA-01. (*See generally* Compl., attached as **Exhibit A**.)

Plaintiff alleges, among other things, that Defendant caused a letter to be mailed to Plaintiff in an attempt to collect a debt owed by Plaintiff. (Compl. ¶¶ 22-26.) In doing so, however, Plaintiff alleges that Defendant misrepresented itself as a debt collector because "Defendant was not registered as a consumer collection agency with the State of Florida Office of Financial Regulation" at the time it sent the letter to Plaintiff. (Compl. ¶ 27.) Based on the above-described conduct, Plaintiff alleges that Defendant violated 15 U.S.C. §§ 1692e, 1692e(2)(A), and 1692f of the Fair Debt Collection Practices Act ("FDCPA"). (*Id.* at ¶¶ 43-80.)

Because it can be plainly ascertained from the face of the Complaint that this action arises under federal law (*i.e.*, the FDCPA), this Court has original federal question jurisdiction over the lawsuit pursuant to 28 U.S.C. §§ 1331 and 1441(c), respectively.

## II.   THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

On or about September 19, 2022, Plaintiff filed this action in the State Court. Plaintiff served Defendant with the Complaint on September 23, 2022.[1] Thus, this Notice of Removal is timely in that it was filed within thirty (30) days from the time Defendant had notice that the action was removable, and less than a year after the commencement of the action. *See* 28 U.S.C. § 1446(b).

The State Court is located within the United States District Court for the Southern District of Florida, Miami Division. *See* 28 U.S.C. § 89(c). Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

---

[1] By removing this action from the state court, Defendant does not waive any defenses available to it and does not admit any of the allegations in the Complaint.

Pursuant to 28 U.S.C. § 1446(a), the documents attached as **Exhibit A** are copies "of all process, pleadings, and orders" served on Defendant. Defendant has not yet answered or otherwise responded to the Complaint.

In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and file with the Clerk of the State Court a written notice of the filing of this Notice of Removal, attaching a copy of this Notice of Removal.

No previous application has been made for the relief requested herein.

**WHEREFORE**, Defendant respectfully removes this action from the State Court to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

Dated: October 21, 2022

                                                      /s/John P. Golden_____
Armando P. Rubio
John P. Golden
FIELDS HOWELL LLP
9155 S. Dadeland Blvd., Suite 1012
Miami, Florida 33156
Telephone: 786.870.5613
Facsimile: 855.802.5821
arubio@fieldshowell.com
jgolden@fieldshowell.com

*Counsel for Defendant
Firstsource Advantage, LLC*