## UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-23428-CIV-ALTONAGA/Damian

RAFFI P. DERAVAKIAN, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.
_____ /

### NOTICE OF SETTLEMENT

    Raffi P. Deravakian notifies this Court that he and Defendant Firstsource Advantage, LLC have reached an agreement to resolve his individual claims in this matter. Mr. Deravakian accordingly requests that this Court allow the parties 30 days within which to finalize the terms of their written settlement agreement, after which the parties will file a stipulation of dismissal.

DATED:  March 18, 2023                    Respectfully submitted,


                                                 */s/ Jesse S. Johnson*
James L. Davidson
Florida Bar No. 723371
Jesse S. Johnson
Florida Bar No. 69154
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com

Matisyahu H. Abarbanel
Florida Bar No. 130435
Matthew Bavaro
Florida Bar No. 175821
Loan Lawyers
3201 Griffin Road, Suite 100
Ft. Lauderdale, FL 33312
Tel: (954) 523-4357
Matis@Fight13.com
Matthew@Fight13.com

*Counsel for Plaintiff*